JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOEL R.,[1]

                   Plaintiff,

     v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

Case No. 2:21-cv-03794-RSWL-JC

(PROPOSED)

JUDGMENT

     IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner
of Social Security is reversed and this matter is remanded for further administrative
action consistent with the June 14, 2022 Report and Recommendation of United
States Magistrate Judge.

     IT IS SO ADJUDGED.

DATED: July 6, 2022        ___*/S/ RONALD S.W. LEW*_____

                        HONORABLE RONALD S.W. LEW
                        UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with
Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on
Court Administration and Case Management of the Judicial Conference of the United States.